1
2
3                                                          JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   JOSHUA LEE S.,                        Case No. 2:23-cv-05746-KES
12              Plaintiff,
13        v.                               **JUDGMENT**
14   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,
15
16              Defendant.
17
18        IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19   Memorandum Opinion and Order, the decision of the Commissioner is
20   AFFIRMED.
21
22   DATED:  January 11, 2024
23                                          KAREN E. SCOTT
24                                          United States Magistrate Judge
25
26
27
28

                                   1